Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona  85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: )<br>)<br>LUZ ACADEMY OF TUCSON, INC., )<br>)<br>)<br>)<br>    Debtor. )<br>)<br>_____) | No. 4:14-bk-05944-BMW<br><br>Chapter 11<br><br>MOTION TO JOINTLY ADMINISTER RELATED CASES |

    COMES NOW, Luz Academy of Tucson, Inc., Debtor, Debtor-in-possession in the above captioned matter and moves this Honorable Court for an Order to Jointly Administer this case with the following related case: Luz Social Services, Inc., under Case No. 4:14-bk-05950-EWH, pending before the Honorable Eileen W. Hollowell; and El Centro for the Study of Primary and Secondary Education, under Case No. 4:14-bk-05954-EWH pending before the Honorable Eileen W. Hollowell. In support thereof Debtor alleges as follows:

    1.    This case was commenced on April 23, 2014.

    2.    The related proceeding was commenced on April 23, 2014.

    3.    Because there may be, are or will be stay relief and cash collateral issues pending, it would be beneficial and judicially economic to administer these cases jointly.

    4.    The lower numbered case, Luz Academy of Tucson, Inc. under Case No. 4:14-bk-05944-BMW is assigned to the Honorable Brenda Moody Whinery, therefore the above captioned cases should be administered under that proceeding, should this Honorable

Court grant this motion.

WHEREFORE Debtor moves this Honorable Court for an Order jointly administering Luz Social Services, Inc., and El Centro for the Study of Primary and Secondary Education, under Luz Academy of Tucson, Inc., Case No. 4:14-bk-05944-BMW, pending before the Honorable Brenda Moody Whinery.

DATED: April 29, 2014.

LAW OFFICES OF
*ERIC SLOCUM SPARKS, P.C.*

/s/ Sparks AZBAR #11726
Eric Slocum Sparks

COPIES of the foregoing
mailed/delivered/faxed
April 29, 2014, to:

UNITED STATES TRUSTEE
230 N. First Ave. #204
Phoenix, Arizona 85003

/s/ A. Court-Sanchez