Scott B. Cohen, SBA #014377
Bradley D. Pack, SBA #023973
**Engelman Berger, P.C.**
3636 North Central Avenue
Phoenix, Arizona 85012
_____
Ph: (602) 271-9090
Fax: (602) 222-4999
Email: sbc@eblawyers.com
Email: bdp@eblawyers.com
_____

Attorneys for Compass Bank

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LUZ ACADEMY OF TUCSON, INC.;<br>LUZ SOCIAL SERVICES, INC.; and<br>EL CENTRO FOR THE STUDY OF<br>PRIMARY AND SECONDARY<br>EDUCATION,<br><br>Debtors.<br><br>This filing applies to all Debtors. | Chapter 11<br><br>Case No. 4:14-bk-05944-BMW<br>Case No. 4:14-bk-05950-BMW<br>Case No. 4:14-bk-05954-BMW<br>(Jointly Administered)<br><br>**COMPASS BANK'S STATEMENT OF POSITION REGARDING BEE LINE BUS TRANSPORTATION'S APPLICATION FOR ADMINISTRATIVE CLAIM**<br><br>Hearing Date: August 20, 2014<br>Hearing Time: 10:15 a.m.<br>Hearing Room: 446 |

Compass Bank ("Compass") hereby gives notice that it does not object to the application for an administrative expense claim (the "Application") filed by Bee Line Bus Transportation, L.L.C. ("Bee Line"). However, the Application highlights significant discrepancies between the Debtors' cash collateral budgets and their actual use of cash that the Debtors should be required to address.

The cash collateral budget for Luz Academy of Tucson, Inc. has a line item for "Student Transportation – Beeline" of $13,050 for May, nothing for June and July. (Dkt. 41, p.7). The budget for El Centro for the Study of Primary and Secondary Education has a line item for "Student Transportation – Beeline" of $11,708 for May, nothing for June and July. Thus, the total transportation budget for May is $24,758.

Bee Line's Application reflects that Debtors were billed $15,000 for bus service in May, of which they only paid $8,100.

Thus, if the Debtors budgeted $24,758 and paid just $8,100, then either: (a) they did not make enough money to cover their budget for May; (b) they have the money and chose not to pay Bee Line; and/or (c) they are paying expenses or making disbursements in violation of their cash collateral budgets. Any of these scenarios demonstrate the unlikelihood of a successful reorganization and the Debtors' inability to effectively administer this bankruptcy case in compliance with the Bankruptcy Code. In any event, Compass respectfully requests that if the Court is inclined to grant the Application that the Court do so only after the Debtors explain the serious discrepancy.

**DATED** this 23rd day of July 2014.

**ENGELMAN BERGER, P.C.**

By */s/ Bradley D. Pack, SBA #023973*
David Wm. Engelman
Bradley D. Pack
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012
Attorneys for Compass Bank

**COPY** of the foregoing served via method indicated this 23rd day of July 2014 to:

Eric Slocum Sparks
ERIC SLOCUM SPARKS P.C.
110 S. Church Avenue, #2270
Tucson, AZ 85701
Via Email: law@ericslocumsparkspc.com
Attorneys for Debtors

Warren Stapleton
OSBORN MALEDON
2929 N. Central Avenue, 21st Floor
Phoenix, AZ 85012-2793
Via Email: wstapleton@omlaw.com
Attorneys for Charter School Capital

| | |
|---|---|
| 1 | Renee Sandler Shamblin |
| 2 | U.S. Trustee<br>Office of the U.S. Trustee |
| 3 | 230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003-1706 |
| 4 | Via Email: renee.s.shamblin@usdoj.gov |
| 5 | Charles R. Smith<br>CHARLES R. SMITH, P.L.L.C. |
| 6 | 600 E. Speedway<br>Tucson, AZ 85705 |
| 7 | Via Email: Charles.Smith@azbar.org<br>Attorney for Bee Line Bus Transportation, L.L.C. |
| 8 | Nancy J. March |
| 9 | FENNEMORE CRAIG, P.C.<br>One S. Church Avenue |
| 10 | Suite 1000<br>Tucson, AZ 85701-1627 |
| 11 | Via Email: nmarch@fclaw.com<br>Attorneys for Creditor Préstamos CDFI, LLC |

  /s/ Kimberly A. Cox

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012