Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICE OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701-3031
Telephone (520) 623-8330
Facsimile (520) 623-9157
law@ericslocumsparkspc.com
eric@ericslocumsparkspc.com

Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>LUZ ACADEMY OF TUCSON, INC.,<br>Debtor. | No. 4:14-bk-05944-BMW<br>(Chapter 11) |
| In re:<br>LUZ SOCIAL SERVICES, INC.,<br>Debtor. | No. 4:14-bk-05950-BMW<br>(Chapter 11) |
| In re:<br>EL CENTRO FOR THE STUDY OF PRIMARY AND SECONDARY EDUCATION,<br>Debtor. | No. 4:14-bk-05954-BMW<br>Chapter 11<br>(Jointly Administered)<br>AFFIDAVIT OF DISINTEREST |

STATE OF ARIZONA )
                ) ss.
COUNTY OF PIMA )

      Before me, the undersigned Notary Public, personally came and appeared Steven E. Clark, CPA, who, after being duly sworn, did depose and state:

      That he is a managing shareholder and a certified public accountant with S.E. Clark & Company, P.C.; that said accounting firm and person have no connection to the Debtors' creditors or any other party in interest herein except for said firm and person has performed services for the

Debtor in the past, and there are pre-petition amounts owed and filed as three separate claims in the above-captioned cases.

*S. Clark, CPA*

SUBSCRIBED AND SWORN TO
before me this 21st day of July, 2014 by Steven Clark, CPA.

_____
Notary Public

My Commission Expires:


Notary Public State of Arizona
Pima County
Lora L Steffen
My Commission Expires 11/16/2016