SCOTT B. COHEN, SBA #014377
BRADLEY D. PACK, SBA #023973
**ENGELMAN BERGER, P.C.**
3636 NORTH CENTRAL AVENUE
PHOENIX, ARIZONA 85012
_____

Ph: (602) 271-9090
Fax: (602) 222-4999

Email: sbc@eblawyers.com
Email: bdp@eblawyers.com
_____

Attorneys for Compass Bank

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>LUZ ACADEMY OF TUCSON, INC.;<br><br>LUZ SOCIAL SERVICES, INC.; and<br><br>EL CENTRO FOR THE STUDY OF PRIMARY AND SECONDARY EDUCATION,<br><br>Debtors.<br><br>This filing applies to Luz Social Services, Inc. | Chapter 11<br><br>Case No. 4:14-bk-05944-BMW<br>Case No. 4:14-bk-05950-BMW<br>Case No. 4:14-bk-05954-BMW<br>(Jointly Administered)<br><br>**OBJECTION TO APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY ACCOUNTING FIRM OF S.E. CLARK & COMPANY, P.C.** |

Compass Bank objects to the Debtors' application to employ S.E. Clark & Company, P.C. ("Clark") as the Debtors' accountant. Clark is a creditor of each of the Debtors' estates, and therefore is not disinterested as required by the Bankruptcy Code.

The Bankruptcy Court may approve the employment of professionals, including accountants, only if they are "disinterested persons." 11 U.S.C. § 327(a). A "disinterested person" is someone that, among other things, "is not a creditor." 11 U.S.C. § 101(14). "A disinterested professional is one that can make unbiased decisions, free from personal interest, in any matter pertaining to the debtor's estate." *In re CIC Inv. Corp.*, 192 B.R. 549, 553 (B.A.P. 9th Cir. 1996). The disinterestedness requirement must be strictly enforced "in order to maintain the appearance of propriety and to ensure the integrity of the bankruptcy process." *In re Weibel, Inc.*, 161 B.R. 479, 483 (Bankr. N.D. Cal. 1993) (citations omitted).

As Debtor acknowledges, Clark "has filed a proof of claim in each of the above-captioned cases." The claims for pre-petition accounting services are for $12,200 (Luz Social Services), $8,000 (El Centro), and $4,000 (Luz Academy of Tucson). Thus, Clark is a creditor of each of the Debtors. Clark has an incentive to maximize its own recovery, regardless of the impact on other estate creditors and on the Debtors. Its employment by the Debtors' estates would create precisely the appearance of impropriety and harm to the integrity of the bankruptcy process that the disinterestedness requirement was designed to prevent. Under the plain language of 11 U.S.C. §§ 101(14) and 327(a), the Court may not approve Clark's employment.

**WHEREFORE,** for the foregoing reasons, Compass Bank respectfully requests that the Court enter an order denying the Debtors' application to employ Clark.

**DATED** this 28th day of July, 2014.

                    **ENGELMAN BERGER, P.C.**

                    By /s/ Bradley D. Pack #023973
                       Scott B. Cohen
                       Bradley D. Pack
                       3636 North Central Avenue, Suite 700
                       Phoenix, Arizona 85012
                       Attorneys for BBVA Compass Bank

**COPY** of the foregoing served via method indicated this 28th day of July, 2014 to:

Eric Slocum Sparks
ERIC SLOCUM SPARKS PC
110 S Church Avenue, #2270
Tucson, AZ 85701
**Via Email: law@ericslocumsparkspc.com**
Attorneys for Luz Services

Renee Sandler Shamblin
U.S. Trustee
Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
**Via Email: renee.s.shamblin@usdoj.gov**

{0001537.0126/00524540.DOCX / }

ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, Arizona 85012

1   Charles R. Smith, Esq.
    CHARLES R. SMITH, P.C.
2   600 E. Speedway
    Tucson, AZ 85705
3   **Via Email: charles.smith@azbar.org**
    Attorney for Bee Line Bus Transportation, LLC

4

5   Warren J. Stapleton, Esq.
    OSBORN MALEDON
    2929 N. Central Ave, Suite 2100
6   Phoenix, AZ 85012
    **Via Email: wstapleton@omlaw.com**
7   Attorney for Charter School Capital

8   Nancy J. March
    FENNEMORE CRAIG PC
9   One S. Church Ave., #1000
    Tucson, AZ 85701
10   **Via Email: nmarch@fclaw.com**
    Attorneys for Prestamos CDFI, LLC

11

12   Stephen Beall
    3737 N. Country Club Road, #115N
    Tucson AZ 85716
13   **Via US Mail**

14   Clear Glass
    Attn: Jesse Walker
15   PO Box 695
    Mammoth AZ 85618
16   **Via US Mail**

17   Kelly Nagashima
    1533 N. Old Ranch Road
18   Tucson AZ 85745
    **Via US Mail**

19

20   Summit, LLC
    Attn: Barbara Severson
    1751 West County Road, Suite 300
21   Roseville MN 55113
    **Via US Mail**

22

23

        */s/ Kimberly A. Cox*
24   _____

25

26

27

{0001537.0126/00524540.DOCX / }